JIM B. BUTLER (Nevada Bar No. 8389)
MICHAEL R. McCARTHY (Nevada Bar No. 9345)
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV  89501
Telephone:  (775) 323-1601
Facsimile:  (775) 348-7250
E-mail:  JButler@parsonsbehle.com
         MMccarthy@parsonsbehle.com
         ECF@parsonsbehle.com

FRANCIS M. WIKSTROM (Pro Hac Vice)
MICHAEL L. LARSEN (Pro Hac Vice)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT  84111
Telephone:  (801) 532-1234
Facsimile:  (801: 536-6111
E-mail:  FWikstrom@parsonsbehle.com
         MLarsen@parsonsbehle.com
         ECF@parsonsbehle.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOUTH FORK BAND COUNCIL OF WESTERN SHOSHONE OF NEVADA; TIMBISHA SHOSHONE TRIBE; WESTERN SHOSHONE DEFENSE PROJECT; and GREAT BASIN RESOURCE WATCH, | Case No.  3:08-CV-00616-LRH-RAM |
| Plaintiffs, | **DEFENDANT-INTERVENOR BARRICK CORTEZ, INC.'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES BUREAU OF LAND MANAGEMENT; GERALD M. SMITH, District Manager, Battle Mountain Field Office, | **Judge:  Larry R. Hicks** |
| Defendants, | Magistrate Judge:  Robert A. McQuaid, Jr. |
| and | |
| BARRICK CORTEZ, INC., | |
| Defendant-Intervenor. | |

4826-5476-5571.1                              - 1 -

In the Second Cause of Action of their Complaint for Declaratory and Injunctive Relief, Plaintiffs allege that the United States Bureau of Land Management's decision to approve the Cortez Hills Expansion Project will cause a substantial burden on the Western Shoshone people's exercise of religion in violation of the Religious Freedom and Restoration Act, 42 U.S.C. §§ 2000cc-5 ("RFRA").  The Complaint, however, fails to state a RFRA claim because the alleged facts do not constitute a "substantial burden" on Plaintiffs' exercise of religion—the threshold showing to support a RFRA cause of action under governing Ninth Circuit law.  In addition, RFRA does not apply to the federal government's management of its own land, and Plaintiffs lack standing to assert a RFRA claim.  Assuming for purposes of this motion only that Plaintiffs can prove all of the allegations in the Complaint, Plaintiffs cannot establish a RFRA claim. Accordingly, Cortez respectfully requests the Court to grant its Motion for Partial Judgment on the Pleadings and dismiss Plaintiffs' Second Cause of Action pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.  This motion is supported by a Memorandum filed herewith.

Dated:  December 15, 2008.

Respectfully submitted,

PARSONS BEHLE & LATIMER

By: /s/ Michael R. McCarthy
Jim B. Butler, Nevada Bar No. 8389
Michael R. McCarthy Nevada Bar No. 9345
Francis M. Wikstrom (*pro hac vice*)
Utah Bar No. 3462
Michael L. Larsen (*pro hac vice*)
Utah Bar No. 4069

50 West Liberty Street, Suite 750
Reno, NV  89501
Telephone:  (775) 323-1601
Facsimile:  (775) 348-7250

201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone:  (801) 532-1234
Facsimile:  (801) 536-6111

Attorneys for Barrick Cortez, Inc.

4826-5476-5571.1

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15th, 2008, I electronically filed the foregoing **DEFENDANT-INTERVENOR BARRICK CORTEZ, INC.'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Henry Egghart, Nevada Bar No. 3401
630 East Plumb Lane
Reno, NC 89502
Telephone: (775) 333-5282
Facsimile:  (303) 823-5732
Email:  hegghart@nvbell.net

Roger Flynn (*pro hac vice application granted*)
Jeffrey C. Parsons (*pro hac vice application granted*)
WESTERN ACTION MINING PROJECT
P.O. Box 349
440 Main Street, #2
Lyons, CO 80540
Telephone: (303) 823-5738
Facsimile:  (303) 823-5732
Email:  wmap@igc.org

Donna S. Fitzgerald, Connecticut Bar
   No. 411810
Trial Attorney
Sara E. Costello, Trial Attorney
   Kansas Bar No. 20898
Trial Attorney
United States Department of Justice
Environmental & Natural Resources
   Division
General Litigation Section
P.O. Box 663
Washington, D.C., 20044-0663
Telephone:  (202) 305-0476
Facsimile:  (202) 305-0506
Email:
   Donna.Fitzgerald@usdoj.gov

Gregory A. Bower
United States Attorney
Greg Addington
   Nevada Bar No. 6875
Assistant United States Attorney
United States Attorney's Office
100 West Liberty Street
Suite 600
Reno, NV 89501
Telephone: (775) 784-5438
Facsimile:  (775) 784-5181

/s/ Michael R. McCarthy

4826-5476-5571.1                          - 1 -