UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOUTH FORK BAND COUNCIL OF WESTERN SHOSHONE OF NEVADA; TIMBISHA SHOSHONE TRIBE; WESTERN SHOSHONE DEFENSE PROJECT; and GREAT BASIN RESOURCE WATCH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES BUREAU OF LAND MANAGEMENT; GERALD M. SMITH, District Manager, Battle Mountain Field Office,<br><br>Defendants,<br><br>and<br><br>BARRICK CORTEZ, INC.<br><br>Defendant-Intervenor. | Case No. 3:08-CV-00616-LRH-RAM<br><br>JOINT STIPULATION AND ORDER<br><br>Judge: Larry R. Hicks<br><br>Magistrate Judge: Robert A. McQuaid, Jr. |

The parties hereby stipulate that the following conditions shall govern the actions of the parties pending resolution of the plaintiffs' motion for a preliminary injunction with respect to Barrick Cortez, Inc.'s ("Cortez") Cortez Hills Project ("Cortez Hills Project" or "Project"):

1. Cortez may relocate the power transmission lines. This work will take place both on the upper pediment area (to remove the existing line from its current location) and lower down the hill (to install the new power line). *See* areas labeled "1" on the photograph attached as Exhibit 1

4844-7050-5219.4

1  (The two "1s" on the photograph are generally intended to reflect the before and after positions of the power line, as more specifically reflected in FEIS Figures 2-3 and 2-21).

2. Cortez may relocate the existing county road to the new location. *See* Exh. 1, area labeled "2" on the attached photograph. Provided, however, that public motorized travel on County Road 222 between Crescent Valley and Grass Valley shall remain open, subject to reasonable construction and maintenance delays, not to exceed 20 minutes.

3. Cortez may extend the haul road to connect the crusher pad with the existing haul road. *See* Exh. 1, area labeled "3."

4. Cortez may perform site preparation and construction activities at the site of the crusher facility. *See* Exh. 1, area labeled "4."

5. Cortez may perform site preparation and construction activities at the site identified as the truck shop. *See* Exh. 1, area labeled "5."

6. Cortez may perform site preparation and construction work associated with the conveyor. *See* Exh. 1, area labeled "6."

7. Cortez may continue archaeological clearance work throughout the Project area.

8. Cortez may perform underground mining operations generally, including as previously permitted under Cortez's a separate permit and exploration plan of operations as well as the BLM's Final Environmental Impact Statement ("FEIS") and Record of Decision ("ROD") at issue in this case).

9. Cortez will remove the water lines, tanks, and trucks presently located for dust suppression purposes north of the boundary of the heap leach facility, *see* Exh. 1, area labeled "C", during the term of this Stipulation.

10. Cortez may access any and all areas within the Cortez Hills Project area and perform any and all work previously permitted and authorized separate and apart from the FEIS and ROD at issue in this case. In other words, nothing herein shall be construed to limit the work and activities of the Barrick entities which is authorized under pre-existing permits and approvals. Cortez has received permits and approvals, other than the FEIS and ROD plaintiffs are presently challenging in this case, for exploration and other activities for the Cortez Hills Project. For example, Cortez has

1  received permits and approvals to install instrumented drill holes and storm water control features
2  under a separate permit and exploration plan of operations. Thus, such previously permitted work
3  will be permitted to continue and not be affected by this Stipulation.
4        The parties further agree in accordance with the terms of this Stipulation that Cortez will
5  temporarily suspend the following activities permitted by the FEIS and ROD in this case:
6        11.    Cortez will not cut trees, begin mining, or conduct further activities permitted by the
7  ROD in this case, in the approximately 835 acres comprising the Cortez Hills Project pit area. *See*
8  Exh. 1, area labeled "A." Cortez, however, will be allowed to disturb the pit area to the extent
9  required to move the power transmission line, construct the haul road, or perform previously
10 permitted work, as specifically allowed above.
11       12.    Cortez will not perform site preparation, construction work, or conduct further
12 activities permitted by the ROD in this case, in the approximately 1,936 acres comprising the Cortez
13 Hills Project waste rock dumps. *See* Exh. 1, areas labeled "B."
14       13.    Cortez will not perform site preparation, construction work, or conduct further
15 activities permitted by the ROD in this case, on the approximately 328 acres comprising the Cortez
16 Hills Project leach pad. *See* Exh. 1, area labeled "C" ("C area").
17       14.    Cortez will not perform any work or other activities within a radius of 200 yards of the
18 water monitoring well PD-03 that is located just north of the C area and will not impede plaintiffs'
19 access to and use of this area.
20       The parties agree that in light of this Stipulation, plaintiffs' motion for a temporary restraining
21 order (docket no. 12) is moot. Plaintiffs are not required to post a bond before the Preliminary
22 Injunction hearing, however, Cortez reserves the right to seek a bond if the Court should enter a
23 preliminary injunction, and this Stipulation and/or any resulting Order from the Court shall not
24 prejudice Cortez's rights to seek such a bond, nor prejudice plaintiffs' rights to seek a zero or nominal
25 bond.
26       The parties agree that the conditions and restrictions of this Stipulation will remain in full
27 force and effect until 3 calendar days after the close of the preliminary injunction hearing, or January
28 23, 2009, whichever is earlier.

4844-7050-5219.4        - 3 -

1 | The parties agree that neither plaintiffs, nor any members of plaintiffs' organizations shall impair, impede, or otherwise interfere with the work permitted under this Stipulation.  Except for work expressly authorized by this Stipulation, Cortez shall not impair, impede, or otherwise interfere with plaintiffs' and their members' access to and use of public land.

The parties agree that this Stipulation and its terms and conditions are without prejudice to the parties' respective claims, defenses, positions, and arguments relative to the plaintiffs' motion for a preliminary injunction and the merits of this case.

STIPULATED and AGREED by the parties this 11th day of December, 2008:

By: /s/ Michael R. McCarthy
Jim B. Butler, Nevada Bar No. 8389
Michael R. McCarthy, Nevada Bar No. 9345
Francis M. Wikstrom, Utah Bar No. 3462 (*pro hac vice application granted*)
Michael L. Larsen, Utah Bar No. 4069 (*pro hac vice application granted*)
PARSONS BEHLE & LATIMER   Attorneys for Barrick Cortez, Inc.
50 West Liberty Street, Suite 750          201 South Main Street, Suite 1800
Reno, NV  89501                             Salt Lake City, UT 84111
Telephone:  (775) 323-1601                  Telephone:  (801) 532-1234
Facsimile:  (775) 348-7250                   Facsimile:  (801) 536-6111


By: /s/ Michael R. McCarthy *w/permission of Roger Flynn*
Henry Egghart, Nevada Bar No. 3401
630 East Plumb Lane
Reno, NV 89502
Telephone: (775) 333-5282
Facsimile:  (303) 823-5732
Email:  hegghart@nvbell.net

Roger Flynn (*pro hac vice application granted*)
Jeffrey C. Parsons (*pro hac vice application granted*)
WESTERN ACTION MINING PROJECT Attorneys for Plaintiffs
P.O. Box 349
440 Main Street, #2
Lyons, CO 80540
Telephone: (303) 823-5738
Facsimile:  (303) 823-5732
Email:  wmap@igc.org

4844-7050-5219.4                                                - 4 -

By: /s/ Michael R. McCarthy *w/permission of Donna Fitzgerald*
Donna S. Fitzgerald, Connecticut Bar No. 411810
Trial Attorney
United States Department of Justice, Attorneys for United States
Environmental & Natural Resources Division, General Litigation Section
P.O. Box 663
Washington, D.C., 20044-0663
Telephone:  (202) 305-0476
Facsimile:  (202) 305-0506
Email:  Donna.Fitzgerald@usdoj.gov

Sara E. Costello, Trial Attorney
Kansas Bar No. 20898
United States Department of Justice,
Environmental & Natural Resources Division,
Natural Resources Section
P.O. Box 663
Washington, D.C., 20044-0663
Telephone:  (202) 305-0466
Facsimile:  (202) 305-0506
E-mail:  Sara.Costello@usdoj.gov

Gregory A. Bower
United States Attorney
Greg Addington, Assistant
United States Attorney
Nevada Bar No. 6875
United States Attorney's Office
100 West Liberty
Suite 600
Reno, NV 89501
Telephone: (775) 784-5438
Facsimile:  (775) 784-5181

The court hereby APPROVES this stipulation, and

IT IS SO ORDERED this 22nd day of December, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE



Exhibit 1