# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SOUTH FORK BANK COUNCIL OF WESTERN SHOSHONE OF NEVADA; TIMBISHA SHOSHONE TRIBE; WESTERN SHOSHONE DEFENSE PROJECT; and GREAT BASIN RESOURCE WATCH<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES BUREAU OF LAND MANAGEMENT; GERALD D. SMITH, District Manager, Battle Mountain Field Office<br><br>Defendants. | 3:08-cv-00616-LRH-RAM |

This matter having come before the Court on the DEFENDANTS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME and the Court being advised in the premises,

IT IS HEREBY ORDERED that the DEFENDANTS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME (#55) for Defendants to file their responsive pleading regarding Plaintiff's first amended complaint from January 20, 2009, up to and including February 12, 2009, is GRANTED.

IT IS SO ORDERED this 14th day of January, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE