FILED

JUN 09 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SOUTH FORK BAND COUNCIL OF WESTERN SHOSHONE OF NEVADA; TE- MOAK TRIBE OF WESTERN SHOSHONE INDIANS OF NEVADA; TIMBISHA SHOSHONE TRIBE; WESTERN SHOSHONE DEFENSE PROJECT; GREAT BASIN RESOURCE WATCH,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES BUREAU OF LAND MANAGEMENT; GERALD M. SMITH, District Manager, Battle Mountain Field Office,<br><br>        Defendants - Appellees and<br><br>BARRICK CORTEZ, INC.,<br><br>        Defendant-intervenor - Appellee. | No. 09-15230<br><br>D.C. No. 3:08-cv-00616-LRH-RAM<br>District of Nevada, Reno<br><br>ORDER |

Appellee Barrick Cortez Inc.'s unopposed motion to allow use of photographs at oral argument is GRANTED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Beverly Brown
Deputy Clerk