**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SOUTH FORK BAND COUNCIL OF WESTERN SHOSHONE OF NEVADA, *et al.* </br></br> Plaintiffs, </br></br> v. </br></br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.* </br></br> Defendants, </br></br> and </br></br> BARRICK CORTEZ, INC. </br></br> Defendant-Intervenor | CV-N-08-00616-HDM-RAM </br></br> ORDER |

Federal Defendants' Unopposed Motion for an Extension of Time to Respond to Defendant-Intervenor's motion to Supplement the Administrative Record came before this Court on August 28, 2009.  After considering the Federal Defendants' motion and all other relevant matters, the motion is hereby GRANTED.  The Federal Defendants and Plaintiffs shall have up to, and including, September 14, 2009, to respond to the Defendant-Intervenor's Motion to Supplement the Administrative Record.

DATED this 31st day of August, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE