JIM B. BUTLER (Nevada Bar No. 8389)
MICHAEL R. McCARTHY (Nevada Bar No. 9345)
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
Facsimile: (775) 348-7250
E-mail: JButler@parsonsbehle.com
MMccarthy@parsonsbehle.com
ECF@parsonsbehle.com

FRANCIS M. WIKSTROM (*Pro Hac Vice*)
MICHAEL L. LARSEN (*Pro Hac Vice*)
JEFFREY J. DROUBAY (*Pro Hac Vice*)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
Facsimile: (801: 536-6111
E-mail: FWikstrom@parsonsbehle.com
MLarsen@parsonsbehle.com
JDroubay@parsonsbehle.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SOUTH FORK BAND COUNCIL OF WESTERN SHOSHONE OF NEVADA; TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS OF NEVADA; TIMBISHA SHOSHONE TRIBE; WESTERN SHOSHONE DEFENSE PROJECT; and GREAT BASIN RESOURCE WATCH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES BUREAU OF LAND MANAGEMENT; GERALD M. SMITH, District Manager, Battle Mountain District Office,<br><br>Defendants,<br><br>and<br><br>BARRICK CORTEZ INC.,<br><br>Defendant-Intervenor. | Case No. 3:08-CV-00616-LRH-RAM<br><br>**WITHDRAWAL OF MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**<br><br>**Judge: Larry R. Hicks**<br><br>Magistrate Judge: Robert A. McQuaid, Jr. |

- 1 -

4822-2867-2772.1

1   Defendant-Intervenor Barrick Cortez Inc. ("Cortez") hereby submits this Withdrawal of
2 Motion. Cortez withdraws its Motion to Supplement the Administrative Record filed August 14,
3 2009 (docket nos. 114-15).

5   Dated and Respectfully Submitted, September 14, 2009,

PARSONS BEHLE & LATIMER

By: /s/ Michael R. McCarthy
    Jim B. Butler, Nevada Bar No. 8389
    50 West Liberty Street, Suite 750
    Reno, NV  89501
    Telephone:  (775) 323-1601
    Facsimile:  (775) 348-7250
    Email:  JButler@parsonsbehle.com
           ECF@parsonsbehle.com

    Michael R. McCarthy, Nevada Bar No. 9345
    Francis M. Wikstrom, (*pro hac vice*)
    Utah Bar No. 3462
    Michael L. Larsen, (*pro hac vice*)
    Utah Bar No. 4069
    Jeffrey J. Droubay, (*pro hac vice*)
    Utah Bar No. 9119
    201 South Main Street, Suite 1800
    Salt Lake City, UT 84111
    Telephone:  (801) 532-1234
    Facsimile:  (801) 536-6111
    Email:  MMccarthy@parsonsbehle.com
           FWikstrom@parsonsbehle.com
           MLarsen@parsonsbehle.com
           JDroubay@parsonsbehle.com
           ECF@parsonsbehle.com

Attorneys for Defendant-Intervenor Barrick Cortez Inc.

4822-2867-2772.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2009, I electronically filed the foregoing **WITHDRAWAL OF MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Henry Egghart, Nevada Bar No. 3401
630 East Plumb Lane
Reno, NC 89502
Telephone: (775) 333-5282
Facsimile:  (303) 823-5732
Email:  hegghart@nvbell.net

Roger Flynn (*pro hac vice application granted*)
Jeffrey C. Parsons (*pro hac vice application granted*)
WESTERN ACTION MINING PROJECT
P.O. Box 349
440 Main Street, #2
Lyons, CO 80540
Telephone: (303) 823-5738
Facsimile:  (303) 823-5732
Email:  wmap@igc.org

Attorneys for Plaintiffs

Ty Bair
Trial Attorney
Sara E. Costello, Trial Attorney
Trial Attorney
United States Department of Justice
Environmental & Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C., 20044-0663
Telephone:  (202) 305-0476
Facsimile:  (202) 305-0506
Email:  tyler.bair@usdoj.gov
         sara.costello@usdoj.gov

Gregory A. Bower
United States Attorney
Greg Addington
 Nevada Bar No. 6875
Assistant United States Attorney
United States Attorney's Office
100 West Liberty Street
Suite 600
Reno, NV 89501
Telephone: (775) 784-5438
Facsimile:  (775) 784-5181

Attorneys for Federal Defendants

/s/ Michael R. McCarthy

- 1 -