1  GREGORY A. BROWER
   United States Attorney
2
   HOLLY VANCE
3  Assistant United States Attorney
   100 West Liberty St., Suite 600
4  Reno, Nevada 89501
   (775)784-5438
5  (775) 784-5181 - facsimile
6
   IGNACIA S. MORENO
7  Assistant Attorney General
8
   SARA E. COSTELLO
9  Trial Attorney
   TY BAIR
10 Trial Attorney
   United States Department of Justice
11 Environment & Natural Resources Division
   Natural Resources Section
12 P.O. Box 663
13 Washington D.C. 20044-0663
   (202) 307-3316 - phone
14 (202) 305-0274 - facsimile
15
   ATTORNEYS FOR FEDERAL DEFENDANTS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SOUTH FORK BAND COUNCIL OF WESTERN SHOSHONE OF NEVADA, *et al.* | 3:08-CV-0616-LRH (RAM) |
| Plaintiffs, | |
| v. | AMENDED SCHEDULING ORDER |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.* | |
| Defendants, | |
| and | |
| BARRICK CORTEZ, INC. | |
| Defendant-Intervenor | |

1    Upon consideration of the Parties' Joint Motion to Modify Scheduling Order, and finding
2 that good cause exists for the granting of the Motion, the Motion is hereby **GRANTED**; and it is
3 hereby

4    **ORDERED** that Defendants may lodge a supplement to the administrative record on or
5 before November 24, 2009;

6    **ORDERED** that Plaintiffs' Motion for Summary Judgment is due December 1, 2009, and
7 that their brief in support thereof may comprise up to 40 pages;

8    **ORDERED** that Defendants' and Defendant-Intervenor's Responses to Plaintiffs'
9 Motion for Summary Judgment and Cross-Motions for Summary Judgment are due January 22,
10 2010, and that each of their briefs in support thereof may comprise up to 40 pages;

11    **ORDERED** that Plaintiffs' Reply in Support of Plaintiffs' Motion for Summary
12 Judgment and Plaintiffs' Response to Defendants' and Defendant-Intervenor's Cross-Motions for
13 Summary Judgment are due February 22, 2010, and that their brief in support thereof may
14 comprise up to 40 pages.

15    **ORDERED** that Defendants' and Defendant-Intervenor's Replies in Support of their
16 Cross-Motions for Summary Judgment are due March 22, 2010, and that each of their briefs in
17 support thereof may comprise up to 20 pages.

18    **ORDERED** that the parties need not submit Statements of Material Fact in support of
19 their motions and cross-motions and may simply cite to the administrative record previously
20 lodged with the Court.

21    **ORDERED** that the parties shall jointly submit to the Court a printed appendix of all
22 sections of the administrative record cited in the parties' briefs by April 9, 2010.

23    **ORDERED** that the parties shall not address at this stage whether a permanent injunction
24 shall issue if this Court grants Plaintiffs' Motion for Summary Judgment.  Following the Court's
25 ruling on the merits of the FLPMA and NEPA claims, the Court will determine what further
26 proceedings are necessary and the manner in which they will be conducted.

27
28

1  **IT IS SO ORDERED**.

2  Dated: November 17, 2009

_____
UNITED STATES MAGISTRATE JUDGE