# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SOUTH FORK BAND COUNCIL OF WESTERN SHOSHONE OF NEVADA, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.* <br><br> Defendants, <br><br> and <br><br> BARRICK CORTEZ, INC. <br><br> Defendant-Intervenor | 3:08-cv-00616-LRH-RAM <br><br> <u>AMENDED SCHEDULING ORDER</u> |

Upon consideration of the Federal Defendants' Unopposed Motion to Modify Scheduling Order, and finding that good cause exists for the granting of the Motion, the Motion is hereby **GRANTED**; and it is hereby

**ORDERED** that Defendants' and Defendant-Intervenor's Responses to Plaintiffs' Motion for Summary Judgment and Cross-Motions for Summary Judgment are due March 12, 2010, and that each of their briefs in support thereof may comprise up to 40 pages;

**ORDERED** that Plaintiffs' Reply in Support of Plaintiffs' Motion for Summary Judgment and Plaintiffs' Response to Defendants' and Defendant-Intervenor's Cross-Motions for Summary Judgment are due April 16, 2010, and that their brief in support thereof may comprise up to 40 pages;

**ORDERED** that Defendants' and Defendant-Intervenor's Replies in Support of their Cross-Motions for Summary Judgment are due May 14, 2010, and that each of their briefs in support thereof may comprise up to 20 pages.

**ORDERED** that the parties need not submit Statements of Material Fact in support of their motions and cross-motions and may simply cite to the administrative record previously lodged with the Court.

**ORDERED** that the parties shall jointly submit to the Court a printed appendix of all sections of the administrative record cited in the parties' briefs by May 28, 2010.

**ORDERED** that the parties shall not address at this stage whether a permanent injunction shall issue if this Court grants Plaintiffs' Motion for Summary Judgment. Following the Court's ruling on the merits of the FLPMA and NEPA claims, the Court will determine what further proceedings are necessary and the manner in which they will be conducted.

**IT IS SO ORDERED**.

Dated: January 19, 2010.

_____
The Honorable Larry R. Hicks
United States District Court Judge

- 2 -