**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

SOUTH FORK BANK COUNCIL OF ) 3:08-cv-00616-LRH-RAM
WESTERN SHOSHONE OF NEVADA, et al., ) C/A #: 09-15230
)
    Plaintiffs/Appellants, )
) ORDER ON MANDATE
vs. )
)
UNITED STATES DEPARTMENT OF THE )
INTERIOR, et al., )
)
    Defendants/Appellees. )
)
and )
)
BARRICK CORTEZ, INC., )
)
    Defendant-Intervenor/Appellee. )

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on January 25, 2010, issued its mandate affirming in part and reversing in part the District Court order denying preliminary injunctive relief and remanding the matter for entry of injunctive relief consistent with United States Court of Appeals Opinion (Doc. #128), and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

DATED this 27th day of January, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE