Henry Egghart, NV Bar # 3401
630 East Plumb Lane
Reno, NV 89502
(775) 333-5282
hegghart@nvbell.net

Roger Flynn, *Pro Hac Vice*
Jeffrey C. Parsons, *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349
440 Main Street, #2
Lyons, CO 80540
(303) 823-5738
Fax (303) 823-5732
wmap@igc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| SOUTH FORK BAND COUNCIL OF WESTERN SHOSHONE OF NEVADA; TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS OF NEVADA; TIMBISHA SHOSHONE TRIBE; WESTERN SHOSHONE DEFENSE PROJECT; and GREAT BASIN RESOURCE WATCH, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES BUREAU OF LAND MANAGEMENT; GERALD M. SMITH, District Manager, Battle Mountain, Field Office, <br><br> Defendants. <br><br> BARRICK CORTEZ, INC. <br><br> Defendant-Intervenor | Case No: 08-CV-616-LRH-RAM <br><br> JOINT MOTION FOR BRIEFING SCHEDULE ON PENDING MOTIONS FOR PRELIMINARY INJUNCTION |

Plaintiffs, South Fork Band Council of Western Shoshone of Nevada, Te-Moak Tribe of Western Shoshone Indians of Nevada, Timbisha Shoshone Tribe, Western Shoshone Defense Project, and Great Basin Resource Watch (collectively, "the Tribes"), the Bureau of Land Management, et al. ("BLM"), and Barrick Cortez, Inc. ("Barrick") file this Joint Motion to establish a briefing schedule regarding the pending Motions for preliminary injunction filed by the Tribes (Docket # 135) and Barrick (Docket # 133).

Under the local rules of this court, and due to the staggered timing of the two injunction Motions, the briefing schedule for the two pending injunction Motions would result in the parties filing many multiple briefs with various due dates responding and replying to the briefs filed by the other parties. Under the local rules, the current schedule is as follows:

| | |
|---|---|
| BLM's Response to Barrick's motion; | Feb. 11 |
| Barrick's Reply to Plaintiffs' Response[1]: | Feb. 16 |
| BLM's Response to Plaintiffs' Motion: | Feb. 22 |
| Barrick's Response to Plaintiffs' Motion: | Feb. 22 |
| Barrick's Reply to Plaintiffs' Response: | Feb. 19 |
| Barrick's Reply to BLM's Response: | Feb. 25 |
| Plaintiffs' Reply to BLM's Response: | March 8 |
| Plaintiffs' Reply to Barrick's Response: | March 8 |

In order to minimize the number of briefs submitted to this court, and to streamline the briefing schedule, the parties jointly propose the following briefing schedule:

| | |
|---|---|
| BLM's Response to both Barrick's and Plaintiffs' Motions: | Feb. 22 |
| Barrick's Response to Plaintiffs' Motion and Reply to BLM's and Plaintiffs' Responses: | March 8 |
| Plaintiffs' Reply to Barrick's and BLM's Responses to Plaintiffs' Motion: | March 19 |

The parties further propose that each brief submitted by the parties be limited to a maximum of 30 pages in length. This briefing schedule is independent of, and would not affect, the briefing schedule previously established by this court regarding the parties' motions for summary judgment (Docket # 131). A proposed Order is attached.

---

[1] The Tribes previously filed their Response in Opposition to Barrick's injunction Motion when the Tribes submitted their injunction Motion (Docket # 135).

Respectfully submitted this 8th day of February, 2010.

*/s/ Roger Flynn*

_____
Roger Flynn (*pro hac vice*)
Jeffrey C. Parsons (*pro hac vice*)
WESTERN MINING ACTION PROJECT
P.O. Box 349
440 Main Street, #2
Lyons, CO 80540
Phone (303) 823-5738
Fax (303) 823-5732
wmap@igc.org

Henry Egghart, NV Bar # 3401
630 East Plumb Lane
Reno, NV 89502
(775) 333-5282
hegghart@nvbell.net

Attorneys for Plaintiffs

*/s/ Ty Bair (with permission)*

_____
Ty Bair
Sara E. Costello
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 307-3316
Facsimile: (202) 305-0274

Attorneys for the Federal Defendants

*/s/ Francis Wikstrom (with permission)*

_____
Jim B. Butler, Nevada Bar No. 8389
PARSONS BEHLE LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
Facsimile: (775) 348-7250
Email: Jbutler@parsonsbehle.com

Michael R. McCarthy, Nevada Bar No. 9345
Francis M. Wikstrom, (*pro hac vice*) Utah Bar No. 3462
Michael L. Larsen, (*pro hac vice*) Utah Bar No. 4069
Jeffrey J. Droubay, (*pro hac vice*) Utah Bar No. 9119
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
Email: Mmccarthy@parsonsbehle.com
Fwikstrom@parsonsbehle.com
Mlarsen@parsonsbehle.com
Jdroubay@parsonsbehle.com

Attorneys for Defendant-Intervenor Barrick Cortez Inc.