UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SOUTH FORK BAND COUNCIL OF WESTERN SHOSHONE OF NEVADA; TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS OF NEVADA; TIMBISHA SHOSHONE TRIBE; WESTERN SHOSHONE DEFENSE PROJECT; and GREAT BASIN RESOURCE WATCH, Plaintiffs, v. UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES BUREAU OF LAND MANAGEMENT; GERALD M. SMITH, District Manager, Battle Mountain Field Office, Defendants. BARRICK CORTEZ, INC. Defendant-Intervenor | Case No: 08-CV-616-LRH-RAM **ORDER ON BRIEFING SCHEDULE FOR PENDING MOTIONS FOR PRELIMINARY INJUNCTION** |

This Court, having considered the parties' Joint Motion for Briefing Schedule on Pending Motions for Preliminary Injunction, and good cause appearing,

HEREBY ORDERS:

1. That the following schedule shall govern the parties' briefing on Plaintiffs' Motion for Entry of Preliminary Injunction as Directed by the Court of Appeals (Docket #135) and Barrick Cortez, Inc.'s Motion for Entry of an Appropriately Tailored Preliminary Injunction (Docket # 133):

BLM's Response to both Barrick's and Plaintiffs' Motions: Feb. 22
Barrick's Response to Plaintiffs' Motion and Reply to BLM's and Plaintiffs' Responses: March 8
Plaintiffs' Reply to Barrick's and BLM's Responses to Plaintiffs' Motion: March 19

1

2.	That each brief submitted by the parties pursuant to this schedule be limited to a maximum of 30 pages in length.

3.	That this briefing schedule is independent of, and does not affect, the briefing schedule previously established by this court regarding the parties' motions for summary judgment (Docket # 131).

DATED this 9th day of February, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE