GREGORY A. BROWER
United States Attorney

HOLLY A. VANCE
Assistant United States Attorney
100 West Liberty St., Suite 600
Reno, Nevada 89501
Telephone:  (775) 784-5438
Facsimile:  (775) 784-5181

IGNACIA S. MORENO
Assistant Attorney General

TY BAIR
Trial Attorney
SARA E. COSTELLO
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Telephone:  (202) 307-3316
Facsimile:  (202) 305-0274

ATTORNEYS FOR FEDERAL DEFENDANTS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SOUTH FORK BAND COUNCIL OF WESTERN SHOSHONE OF NEVADA, *et al.*, | Case No. 3:08-CV-00616-LRH-RAM |
| Plaintiffs, | |
| v. | \| ORDER |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | **Judge:  Larry R. Hicks** |
| Defendants, | |
| and | |
| BARRICK CORTEZ INC., | **Magistrate Judge:  Robert A. McQuaid Jr.** |
| Defendant-Intervenor. | |

2

For good cause shown, it is ORDERED that the Clerk should strike Sara E. Costello as counsel of record for Federal Defendants, United States Department of the Interior, *et al*.

Dated: August 23, 2010

_____
UNITED STATES MAGISTRATE JUDGE