UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS OF NEVADA; TIMBISHA SHOSHONE TRIBE; WESTERN SHOSHONE DEFENSE PROJECT; and GREAT BASIN RESOURCE WATCH, <br><br> Plaintiffs, <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES BUREAU OF LAND MANAGEMENT; GERALD M. SMITH, District Manager, Battle Mountain Field Office, <br><br> Defendants. <br> BARRICK CORTEZ, INC. <br><br> Defendant-Intervenor | Case No: 08-CV-616-LRH-RAM <br><br><br> **ORDER** <br> **DISMISSING THE** <br> **SOUTH FORK BAND COUNCIL** <br> **AS PLAINTIFF** |

This Court, having considered Plaintiffs' Unopposed Motion to dismiss the South Fork Banc Council ("SFBC") as party-plaintiff in this case, hereby GRANTS the Motion. The SFBC is hereby dismissed as a party-plaintiff without prejudice. In further briefing in this case, references to the SFBC in Plaintiffs' Supplemental Complaint (Docket #163) and pending Motion for Summary Judgment (Docket #168), should be disregarded.

IT IS SO ORDERED.

Dated this __13th__ day of ____June_____, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2