# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TE-MOAK TRIBE OF WESTERN SHOSHONE, INDIANS OF NEVADA; *et al.*, | 3:08–cv-00616-LRH-WGC |
| Plaintiffs, | **MINUTE ORDER** |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR; *et al.*, | February 25, 2015 |
| Defendants. | |

PRESENT:    THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Before the court is the parties' Joint Notice of Dismissal of Motion for Attorneys' Fees and Costs/Expenses (#213[1]) wherein they inform the court that Federal Defendants have executed proper payment in fulfillment of the settlement agreement, therefore Plaintiffs wish to, and do, withdraw their Motion for Attorneys' Fees and Costs/Expenses. Good cause appearing,

     IT IS HEREBY ORDERED that the parties' Joint Notice of Dismissal of Motion for Attorneys' Fees and Costs/Expenses (#213) is **GRANTED**.

     IT IS FURTHER ORDERED that Plaintiffs' Motion for Attorneys' Fees and Costs/Expenses (#200) is WITHDRAWN.

     IT IS SO ORDERED.

                                         LANCE S. WILSON, CLERK

                                         By:          /s/
                                                            Deputy Clerk

---

[1]Refers to court's docket number.